In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00351-CV

_____

RUBEN CARDENAS AND LETICIA CARDENAS, Appellants

V.

GEORGE SHELDON AND DIANNE SHELDON, Appellees

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 14-28045-CV

MEMORANDUM OPINION

Our Order of May 5, 2016, is withdrawn and the appeal is reinstated.

The appellants, Ruben Cardenas and Leticia Cardenas, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice


Submitted on September 14, 2015
Opinion Delivered June 2, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.